**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ROBERT SANTOPIETRO, ET AL.                          CIVIL ACTION

VERSUS                                              NO. 05-2165 and
                                                    Consolidated Cases
OCA, INC.
                                                    SECTION: "R"

**ORDER SETTING STATUS CONFERENCE**

IT IS ORDERED that a status conference will be held WEDNESDAY, AUGUST 20, 2008, at 11:00 a.m., in the Courtroom of United States District Judge Sarah S. Vance, 500 Poydras Street, Room C279, New Orleans, Louisiana.

The Court directs counsel to consult and submit to the Court by 12:00 noon on Monday, August 18, 2008, a joint letter, no more than two pages in length, advising the Court on the status of this consolidated action.

New Orleans, Louisiana, this __11th__ day of August, 2008.


_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**